IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| NIXON FORK MINING, INC., et al. | ) Bankr. Case No.: 99-2379 (JFK) |
| Debtors. | ) |
| MESPELT & ALMASY MINING CO. et al., | ) |
| Appellant, | ) |
| v. | ) Dist. Ct. Case No. 04-CV-1524 |
| JEOFFREY L. BURTCH, TRUSTEE, | ) |
| Appellee. | ) |

## NOTICE OF COMPLETION OF MEDIATION

PLEASE TAKE NOTICE that, I, Ian Connor Bifferato, was appointed to serve as mediator for the parties to the captioned appeal. On February 17, 2005, I conducted a mediation session and thereafter made further efforts to mediate by phone. The parties' attempts to continue mediation efforts continued for some time after the February 17, 2005 mediation session, however, the appeal has not to date been resolved. The parties are prepared to proceed with the appeal.

PLEASE TAKE FURTHER NOTICE that the appeal, including briefing, has been held in abeyance pending the mediation. Accordingly, it is now appropriate for the Clerk to advise the parties of the briefing schedule.

Dated: March 24, 2005

BIFFERATO, GENTILOTTI & BIDEN

Ian Connor Bifferato (# 3273)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899

cc   Brian Sullivan
     Adam Singer
     David Stratton
     Robert Wilcox