IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) ) ) | Chapter 7 |
| NIXON FORK MINING, INC., et al., | ) ) ) | Bankr. Case No. 99-2379 (JFK) |
| Debtors. | ) ) | |
| MESPELT & ALMASY MINING CO., et al., | ) ) ) ) ) | |
| Appellants, | ) ) | Civil Action No. 04-1524 GMS |
| v. | ) ) | |
| JEOFFREY L. BURTCH, TRUSTEE, | ) ) | |
| Appellee. | ) ) | |

FILED
MAY 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

WHEREAS, pursuant to the Standing Order of the United States District Court for the District of Delaware, dated July 23, 2004, the above-captioned bankruptcy appeal was referred to mediation on December 29, 2004; and

WHEREAS, on March 24, 2005, Connor Bifferato, mediator for the parties to the above-captioned appeal, filed a letter (D.I. 6) informing the court that the appeal could not be resolved through mediation and requesting the court to advise the parties of a briefing schedule;

IT IS HEREBY ORDERED that:

1. The appellants shall file an opening brief to the appeal, according to the format set forth in the local rules of the District of Delaware, no later than **May 31, 2005**.

2. The appellee shall file an answering brief, according to the format set forth in the local rules of the District of Delaware, no later than **June 15, 2005**.

3. The appellants shall file a reply brief, according to the format set forth in the local rules of the District of Delaware, no later than **June 25, 2005**.

Dated: May 16, 2005

_____
UNITED STATES DISTRICT JUDGE