# Exhibit A

Delivered-To: 19-asinger@ctlaw.org
Subject: RE: Nixon Fork, Appeal in U.S.District Court; Case Number:  1:04-cv-15
Date: Wed, 22 Jun 2005 21:08:57 -0400
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Nixon Fork, Appeal in U.S.District Court; Case Number:  1:04-cv-15
Thread-Index: AcV3WrXcNbRGKe1NReGMMZRhcKHhoQANTbLQ
From: "Robert Wilcox" <RWilcox@werbsullivan.com>
To: "Adam Singer" <asinger@ctlaw.org>
X-pstn-levels:    (S:99.90000/99.90000 R:95.9108 P:95.9108 M:97.0232 C:98.7678 )
X-pstn-settings: 5 (2.0000:2.0000) s gt3 gt2 gt1 r p m c
X-pstn-addresses: from <RWilcox@werbsullivan.com> [351/15]

Adam:

I just arrived  in Wilmington. I'll call you in tomorrow. I assume you received my message last Friday. We did not file the brief, and my understanding is that the client has decided to devote his resources to other areas and issues.

Rob

---

**From:** Adam Singer [mailto:asinger@ctlaw.org]
**Sent:** Wednesday, June 22, 2005 2:46 PM
**To:** rwilcox@wilcoxlawfirm.com; Robert Wilcox
**Subject:** Fwd: Nixon Fork, Appeal in U.S.District Court; Case Number: 1:04-cv-15

I have all these email addresses for you, so just making sure you get this.



Date: Wed, 22 Jun 2005 12:02:32 -0400
To: RobertWilcox
From: Adam Singer <asinger@ctlaw.org>
Subject: Nixon Fork, Appeal in U.S.District Court; Case Number: 1:04-cv-15
Cc: BrianSullivan, RobertMallard, JeoffBurtch

Rob:  My understanding is that your clients' opening brief was due 2 days ago, June 20, in connection with In Re: Nixon Fork Mining v.
**Case Number:** 1:04-cv-1524

I am not aware of any such filing, and have not received any opening brief.

Please inform me of your intentions with respect to filing and service of this brief.

Adam


Adam Singer, Esquire
Cooch and Taylor
824 Market St., Suite 1000
Wilmington, DE 19801
302-984-3830 Office Direct

302-652-5379 Fax

This electronic message transmission contains information from the law firm Cooch and Taylor that may be confidential or privileged. The information is intended solely for the recipient. Use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you received this electronic transmission in error, please notify us immediately by telephone (302-652-3641).

Adam Singer, Esquire
Cooch and Taylor
824 Market St., Suite 1000
Wilmington, DE 19801
302-984-3830 Office Direct
302-652-5379 Fax

This electronic message transmission contains information from the law firm Cooch and Taylor that may be confidential or privileged. The information is intended solely for the recipient. Use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you received this electronic transmission in error, please notify us immediately by telephone (302-652-3641).