# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: NIXON FORK MINING, INC., *et al.*, ) | Chapter 7 |
| Debtors. ) | |
| ) | Bankr. Case No. 99-2379 (JKF) |
| _____ ) | |
| MESPELT & ALMASY MINING CO. ) *et al.*, ) | |
| Appellants, ) | Civil Action No. 04-cv-1524 (GMS) |
| v. ) | |
| JEOFFREY L. BURTCH, TRUSTEE, ) | |
| Appellee. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I, Robert W. Mallard, hereby certify that on June 30, 2005, I served a copy of the Motion of Appellee to Dismiss Appeal for Failure to Prosecute upon the persons on the attached list in the manner indicated.

                                            **COOCH & TAYLOR**

BY: /s/ Robert W. Mallard
Robert W. Mallard (#4279)
824 North Market Street, Suite 1000
Wilmington, DE 19899-1680
Tel: (302) 984-3824
Fax: (302) 652-5379
Attorneys for Jeoffrey L. Burtch, Trustee