**NIXON FORK MINING, INC.,** *et al.*
**SERVICE LIST**

**Via Hand Delivery**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Room 2313
Wilmington, DE 19801

**Via Hand Delivery**
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
300 Delaware Avenue
13th Floor
Wilmington, DE 19801

**Via First Class Mail**
Robert D. Wilcox, Esquire
10201 Centurion Parkway
Suite 600
Jacksonville, FL 32256