IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| NIXON FORK MINING, INC., et al., ) | |
| ) | Bankr. Case No. 99-2379 (JKF) |
| Debtors. ) | |
| _____) | |
| ) | |
| MESPELT & ALMASY MINING CO. ) | |
| et al., ) | |
| ) | |
| Appellants, ) | Civil Action No. 04-1524 GMS |
| v. ) | |
| ) | |
| JEOFFREY L. BURTCH, TRUSTEE, ) | |
| ) | |
| Appellee. ) | |
| _____) | |

### NOTICE OF VOLUNTARY DISMISSAL

Mespelt & Almasy Mining Co., et al., Appellants, hereby voluntarily dismiss this case.

Dated: June 30, 2005

Respectfully submitted,

**WERB & SULLIVAN**

_____Robert Wilcox_____
Brian A. Sullivan (#2098)
Robert D. Wilcox (#4321)
Amy D. Brown (#4077)
300 Delaware Ave., 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

So ordered, this____day
of_____, 2005.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that on June 30, 2005 I caused true copies of the foregoing document to be served on the parties listed below in the manner indicated.

**VIA HAND DELIVERY**
Adam Singer, Esquire
Robert Mallard, Esquire
Cooch and Taylor
824 Market Street Mall
Suite 1000
Wilmington, Delaware 19801

                                                /s/ Robert D. Wilcox
                                                Robert D. Wilcox(#4321)